UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>ADRIAN MUNOZ,<br><br>                                    Defendant. | Case No.: 20-cr-706-DMS<br><br>**ORDER DENYING MOTION TO CONTINUE SELF-SURRENDER DATE** |
|---|---|

Pending before the Court is Defendant's motion to continue his self-surrender date to January 4, 2021. (ECF No. 73.) Defendant is currently scheduled to self-surrender on November 2, 2020. (*Id.*) The United States filed a response in opposition. (ECF No. 74.) While the Court acknowledges Defendant's request to spend the holidays with his family, the Court agrees with the United States that the timing of Defendant's conviction and self-surrender date, in the absence of other factors, is not a sufficient basis to delay the reporting date ordered by the Court. Defendant shall report for his sentence on November 2, 2020, as scheduled.

**IT IS SO ORDERED**.

Dated:  October 26, 2020

_____
Hon. Dana M. Sabraw
United States District Judge